**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dorothy M Wells–Harris** | Social Security number or ITIN **xxx–xx–1315** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **7   5/15/19** |
| Case number: | **19–14026** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Dorothy M Wells–Harris | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 718 N Trumbull<br>Apt 1<br>Chicago, IL 60624 | | |
| 4. | **Debtor's attorney**<br>Name and address | Jacob Comrov<br>The Semrad Law Firm LLC<br>20 S. Clark Street<br>Chicago, IL 60603 | | Contact phone 3129130625<br>Email:  jcomrov@SemradLaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ira Bodenstein<br>Fox Rothschild LLP<br>321 N Clark Street Suite 800<br>Chicago, IL 60654 | | Contact phone 312–666–2861<br>Email: iratrustee@foxrothschild.com |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division  219 S Dearborn  7th Floor  Chicago, IL 60604 | Hours open:  8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.  Contact phone 1–866–222–8029  Date: 5/16/19 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 28, 2019 at 02:00 PM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  **Debtors must bring a picture ID and proof of their Social Security Number.** | Location:  **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/27/19** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 19-14026-CAD
Dorothy M Wells-Harris                                                Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cward1              Page 1 of 1              Date Rcvd: May 16, 2019
                              Form ID: 309A             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2019.
db           +Dorothy M Wells-Harris,    718 N Trumbull,   Apt 1,   Chicago, IL 60624-1457
27842119     +City of Chicago - Dept of Finance - Water Division,    333 S. State St. #410,
               Chicago, IL 60604-3983
27842121      City of Chicago - Parking and red Light Tickets,    Department of Revenue - PO Box 88292,
               Chicago, IL 60680
27842122     +Comcast,   11621 E. Marginal Way # 5,   Bankruptcy Dept,   Seattle, WA 98168-1965
27842120     +Illinois Tollway,    2700 Ogden Ave,   Legal Dept,   Downers Grove, IL 60515-1703
27842123     +PNC,   2730 Liberty Avenue,   Pittsburgh, PA 15222-4747
27842118     +Peoples Gas,   200 E. Randolph,   Chicago, IL 60601-6302
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: jcomrov@SemradLaw.com May 17 2019 01:54:43     Jacob Comrov,
               The Semrad Law Firm LLC,   20 S. Clark Street,   Chicago, IL  60603
tr           +EDI: BIBODENSTEIN.COM May 17 2019 05:33:00     Ira Bodenstein,   Fox Rothschild LLP,
               321 N Clark Street Suite 800,   Chicago, IL 60654-4766
27842117     +E-mail/Text: comedbankruptcygroup@exeloncorp.com May 17 2019 01:56:58     ComEd,
               3 Lincoln Center,   Bankruptcy Section,   Oakbrook Terrace, IL 60181-4204
27842114     +E-mail/Text: bknotice@ercbpo.com May 17 2019 01:56:07     ENHANCED RECOVERY CO L,
               8014 BAYBERRY RD,   JACKSONVILLE, FL 32256-7412
27842116     +EDI: PHINHARRIS May 17 2019 05:38:00     HARRIS & HARRIS LTD,
               222 Merchandise Mart Plaza, Suite 1900,   Chicago, IL 60654-1421
27842113     +E-mail/Text: bkynotice@harvardcollect.com May 17 2019 01:57:31     HARVARD COLLECTION SER,
               4839 ELSTON AVE,   CHICAGO, IL 60630-2589
27842115     +EDI: IIC9.COM May 17 2019 05:33:00     I C SYSTEM INC,   PO BOX 64378,
               SAINT PAUL, MN 55164-0378
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2019 at the address(es) listed below:
              Ira Bodenstein    iratrustee@foxrothschild.com,
               IL29@ecfcbis.com;plove@foxrothschild.com;chdocket@foxrothschild.com
              Jacob Comrov    on behalf of Debtor 1 Dorothy M Wells-Harris jcomrov@SemradLaw.com,
               ilnb.courtview@SLFCourtview.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3